Filed 6/18/15  In re J.R. CA1/4

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FIRST APPELLATE DISTRICT

DIVISION FOUR

| | |
|---|---|
| In re J.R., a Person Coming Under the Juvenile Court Law. | |
| SAN FRANCISCO HUMAN SERVICES AGENCY,<br><br>　　　　Plaintiff and Respondent.<br><br>v.<br><br>C.R.,<br><br>　　　　Defendant and Appellant. | A144564<br><br>(San Francisco City & County Super. Ct. No. JD143021) |

C.R. (Mother) appeals from the order terminating her parental rights to her child, JR., and selecting adoption as the permanent plan.  (Welf. & Inst. Code, § 366.26.)  We appointed counsel to represent Mother on appeal.

On May 14, 2015, counsel filed an opening brief pursuant to *In re Phoenix H*. (2009) 47 Cal.4th 835.  Counsel found no arguable issues and advised Mother of the pendency of this appeal and that a "No Issues Statement" would be filed.  Mother was also advised that Mother may file a letter herself with this court suggesting errors she believes were made by the juvenile court, and requesting that they be reviewed by this court.  No response had been received from Mother.

## DISPOSITION

Because no claim of error or other defect has been raised in this matter, the appeal filed on March 17, 2015, is dismissed as abandoned.  (*In re Phoenix H.*, *supra*, 47 Cal.4th at pp. 844–846; *In re Sade C*. (1996) 13 Cal.4th 952, 994.)

_____
RUVOLO, P. J.

We concur:

_____
REARDON, J.

_____
STREETER, J.

2